IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mendy McKinnis, :
:
    Plaintiff(s), :
: Case Number: 1:15cv129
vs. :
: Judge Susan J. Dlott
Aero Fulfillment, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on November 12, 2015 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 30, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 9) is GRANTED in part.  To the extent that plaintiff has raised claims under Title VII, such claims are DISMISSED.  Defendant's motion to dismiss plaintiff's claims under the ADA are DENIED.  Plaintiff is permitted to file an amended complaint as to her ADA claims including supporting factual allegations.

IT IS SO ORDERED.

                                                                                            s/Susan J. Dlott
                                                                                     Judge Susan J. Dlott
                                                                                     United States District Court