IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mendy McKinnis, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:15cv129 |
| | : Judge Susan J. Dlott |
| Aero Fulfillment, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 10, 2017 (Doc. 19), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 24, 2017, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was sent to the address on file. On February 22, 2017, the mail was returned as "Marked Undeliverable, No Such Street".

Accordingly, plaintiff's case is DISMISSED for want of prosecution and for failure to obey a Court Order. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court